09-18-00001-CR
IN THE COURT OF CRIMINAL APPEALS
**FOR THE NINTH SUPREME JUDICIAL DISTRICT**
OF TEXAS, AT BEAUMONT
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**RICHARD PAUL KIBODEAUX,**

Appellant,

V.

**THE STATE OF TEXAS,**

Appellee,

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

FROM THE DISTRICT COURT OF ORANGE COUNTY
128TH JUDICIAL DISTRICT:
CAUSE NO. A170103-R
THE HONORABLE COURTNEY ARKEEN, JUDE PRESIDING

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
APPELLANT BRIEF**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Submitted by:

**BRENNON R. MITCHELL**
Attorney at Law
1601 Main Ave
Orange, Texas 77630
Telephone: (409)-886-8558
Telecopier: (409)-330-4718
State bar # 24094063
brennon@mitchell-hollierlaw.com
Attorney for Appellant

FILED IN
9th COURT OF APPEALS
BEAUMONT, TX
April 3, 2018
CAROL ANNE HARLEY
CLERK OF THE COURT

TO THE HONORABLE NINTH COURT OF APPEALS:

Pursuant to TEX. R. APP. P. 10.1 and 38.6(d), the Appellant, Richard Kibodeaux, files this Unopposed First Motion to Extend Time to File Appellant's Brief.

Appellant's opening brief is currently due on April 3, 2018

Counsel for Appellant requests a 30-day extension of time to file its brief, making the brief due on May 3, 2018. This is the first request for extension of time to file the opening brief.

Counsel for Appellant relies on the following reasons, in addition to the routine matters that counsel must attend to in daily practice, to explain the need for the requested extension:

> Counsel has been appointed by the Court to represent Appellant in accordance with the State Bar of Texas and needs additional time to familiarize himself with the record and legal issues in the case in order to prepare Appellant's brief.

Counsel for Appellant seeks this extension of time to be able to prepare a cogent and succinct brief to aid this Court in its analysis of the issues presented. This request is not sought for delay but so that justice may be done.

The undersigned has conferred with opposing counsel, and he has indicated that his client does not oppose this motion

All facts recited in this motion are within the personal knowledge of the counsel signing this motion, therefore no verification is necessary under Rule of Appellate Procedure 10.2.

## PRAYER FOR RELIEF

For the reasons set forth above, Appellant requests that this Court grant this Unopposed First Motion to Extend Time to File Appellant's Brief and extend the Deadline for Filing the Appellant's Brief up to and including May 3, 2018. Appellant all other relief to which it may be entitled.

Respectfully submitted,

/s/Brennon R. Mitchell
Brennon R. Mitchell
1601 Main Ave
Orange, Texas 77630
Bar No. 2409463
Attorney for Appellant

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for Appellee regarding this motion and that Appellee is not opposed to this motion.

Brennon Mitchell

## CERTIFICATE OF SERVICE

I certify that on April 3, 2018, I delivered a copy of this motion to the following counsel by Fax:

Phillip Smith
Assistant District Attorney
801 W. Division Street
Orange, Texas 77630
Bar No. 00797460
*Counsel for Appellee*

Brennon Mitchell
Attorney for Appellant